IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEVIN KELLY, | ) |
| Plaintiff, | ) No. 3:14-CV-00146 |
| v. | ) |
| | ) JUDGE ALETA A. TRAUGER |
| AETNA LIFE INSURANCE COMPANY; | ) |
| HAAS CNC RACING, INC. LONG TERM | ) |
| DISABILITY PLAN, | ) |
| Defendants. | ) |

## CONSENT ORDER

Having considered the parties' *Stipulation of Dismissal of Defendant Haas CNC Racing, Inc. Long Term Disability Plan*, for good cause shown and all parties consenting hereto, **IT IS ORDERED** that Defendant HAAS CNC RACING, INC. LONG TERM DISABILITY PLAN shall be and is hereby **DISMISSED** from this action.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

PETER T. SKEIE & ASSOCIATES

By: /s/Peter T. Skeie
    Peter T. Skeie, BPR #21006
    315 Deaderick Street
    Suite 1220
    Nashville, TN 37238
    (615) 313-9111 (telephone)
    (615) 313-9381 (facsimile)

1

ERISA Law Group, LLP


By: s/ Robert J. Rosati
    Robert J. Rosati
    California Bar No. 112006
    6485 N. Palm St., Ste. 105
    Fresno, CA 93704
    (559) 478-4119 (telephone)
    (559) 478-5939 (facsimile)

Attorneys for Plaintiff


LEWIS THOMASON KING
KRIEG & WALDROP, PC


By: /s/ John R. Tarpley
    John R. Tarpley, BPR #9661
    424 Church Street, Suite 2500
    Nashville, TN 37219
    (615) 259-1366 (telephone)
    (615) 259-1389 (facsimile)

SMITH MOORE LEATHERWOOD, LLP


By: /s/ Elizabeth J. Bondurant
    (Motion for Pro Hac Vice Admission Pending)
    Atlantic Center Plaza
    1180 West Peachtree Street NW, Suite 2300
    Atlanta, GA 30309-3482
    (404) 962-1011 (telephone)
    (404) 962-1200 (facsimile)

Attorneys for Defendants